825 A.2d 513

IN THE MATTER OF CYNTHIA DENISE
JACKSON, AN ATTORNEY AT LAW.

June 25, 2003.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **CYNTHIA DENISE JACKSON** of **JERSEY CITY,** who was admitted to the bar of this State in 1987;

And the District XII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(a) (failure to communicate), and *RPC* 3.2 (failure to expedite litigation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.1(b), *RPC* 1.4(a), and *RPC* 3.2, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CYNTHIA DENISE JACKSON** of **JERSEY CITY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.